UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 NOV 16 AM 11: 12
CLERK ___
SO. DIST. OF GA.

KELVIN BEASLEY, )
)
  Movant, )
)
v. ) Case No.  CV610-066
)                 CR607-008
UNITED STATES OF AMERICA, )
)
  Respondent. )

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of Nov., 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA