# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 23 AM 9:28
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 6:07CR00008-2 |
| Kelvin Maurice Beasley | ) | |
| | ) | USM No: 13219-021 |
| Date of Original Judgment: October 16, 2008 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Tina Euginia Maddox |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   October 16, 2008,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/23/15

*Judge's signature*

Effective Date:   November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*